UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RODRIC P. STANLEY, JR.,
    Plaintiff,

v.

SGT HOLLAND, et al.,
    Defendants.

Case No. 24-cv-06493-JD

**ORDER TO SHOW CAUSE**

  Plaintiff, a detainee, filed a pro se civil rights complaint under 42 U.S.C. § 1983, against deputies at Contra Costa County Jail. He signed the complaint on June 29, 2024, (Dkt. No. 1 at 14) and he signed the motion to proceed in forma pauperis on July 22, 2024 (Dkt. No. 2 at 2). The Court received the filing on September 5, 2024. Dkt. No. 1-1 at 1.

  On August 15, 2024, plaintiff, represented by counsel in a separate case, entered into a global settlement of multiple civil rights actions against Contra Costa County and its employees. *See Stanley v. Maldonado*, Case No. 23-cv-0292 JD, Dkt. No. 29, Ex. A. The agreement did not specifically identify this case because the case was received after the agreement was signed. However, included in the agreement were any other potential actions by plaintiff against the county and its employees arising out of any incidents at the jails from September 2018 to the date the agreement was fully executed, August 15, 2024. *Id.* at 2-3. The parties agreed that any such claims would be fully settled. *Id.* at 3.

  In this complaint, plaintiff alleges in August 2022, two years before the settlement, defendants violated his constitutional rights at the jail. Plaintiff shall show cause within twenty-one days, why this new case should not be dismissed due to the settlement agreement. Failure to

1  meet this deadline may result in dismissal of this action under Federal Rule of Civil Procedure
2  41(b).
3  **IT IS SO ORDERED.**
4  Dated: December 9, 2024

JAMES DONATO
United States District Judge